IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KAREN D.[1],  No. 3:19-cv-00143-AC

        Plaintiff,  ORDER

v.

COMMISSIONER SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

HERNÁNDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation on October 19, 2020, in which he recommends that this Court affirm the Commissioner's decision. F&R, ECF 14. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 16. When any party objects to any portion of the Magistrate Judge's Findings &

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

1 - ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [14]. Accordingly, the decision of the Commissioner is affirmed, and this case is dismissed.

IT IS SO ORDERED.

DATED:    January 6, 2021

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER